```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE ABRAMSON LAW GROUP, PLLC,

            Plaintiff,

-against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CAPITAL ADVISORS, LLC,
CARDEA CORPORATE HOLDINGS, LLC
AND CARDEA HOLDINGS USA, LLC,

            Defendants.

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 13, 2024, Plaintiff moved for default judgment. ECF No. 41. Pursuant to Attachment A, Rule 1.b of the Court's Individual Practices in Civil Cases, a party moving for default judgment must submit an affidavit signed by a party with personal knowledge that sets forth a statement of the proposed damages. Although Plaintiff submitted a declaration from Adina T. Glass setting forth its proposed damages, that declaration is unsigned. ECF No. 42 at 3. Accordingly, by **November 25, 2024**, Plaintiff shall submit its signed declaration.

    SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge