UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ABRAMSON LAW GROUP, PLLC,

               Plaintiff,

-against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CAPITAL ADVISORS, LLC,
CARDEA CORPORATE HOLDINGS, LLC
AND CARDEA HOLDINGS USA, LLC,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2024_

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The conference scheduled for **January 6, 2025**, at **4:00 p.m.** shall now be held by videoconference. *See* ECF No. 50. The parties are directed to join the conference using this link. Defendants may reach out to Plaintiff's counsel for access to the link, or they may join by dialing +1 (646) 453-4442 and entering access code 796 661 881#.

      By **December 24, 2024**, Plaintiff shall serve copies of this order via hand-delivery or first-class mail. By **December 30, 2024**, Plaintiff shall file proof of service on the docket.

      SO ORDERED.

Dated: December 19, 2024
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge