UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ABRAMSON LAW GROUP, PLLC,

        Plaintiff,

-against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CAPITAL ADVISORS, LLC,
CARDEA CORPORATE HOLDINGS, INC.
AND CARDEA HOLDINGS USA, LLC,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/22/2025_

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For the reasons stated on the record at the January 21, 2025 default hearing, the Clerk of Court is respectfully directed to enter judgment against Defendants, Cardea Capital Group, Inc., Cardea Capital Advisors, LLC, Cardea Corporate Holdings, Inc., and Cardea Holdings USA, LLC, in the amount of:

1. $251,952.60 in damages;
2. Pre-judgment interest of $16,922.94;
3. Costs of $565; and
4. Post-judgment interest at the statutory rate.

    SO ORDERED.

Dated: January 22, 2025
       New York, New York

                              ANALISA TORRES
                            United States District Judge