**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE ABRAMSON LAW GROUP, PLLC,

                Plaintiff,

-against-                                    24 **CIVIL** 5750 (AT)

                                            **JUDGMENT**

CARDEA CAPITAL GROUP, INC., CARDEA
CAPITAL ADVISORS, LLC, CARDEA
CORPORATE HOLDINGS, INC. AND CARDEA
HOLDINGS USA, LLC,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 22, 2025, judgment is entered against Defendants, Cardea Capital Group, Inc., Cardea Capital Advisors, LLC, Cardea Corporate Holdings, Inc., and Cardea Holdings USA, LLC, in the amount of: 1. $251,952.60 in damages; 2. Pre-judgment interest of $16,922.94; 3. Costs of $565; and 4. Post-judgment interest at the statutory rate.

**Dated:** New York, New York

      January 22, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                          **BY:**

                                                    **Deputy Clerk**