```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE ABRAMSON LAW GROUP, PLLC,

                Plaintiff,

-against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CAPITAL ADVISORS, LLC,
CARDEA CORPORATE HOLDINGS, INC.
AND CARDEA HOLDINGS USA, LLC,

                Defendants.

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 22, 2025, the Clerk of Court entered judgment for Plaintiff, the Abramson Law Group, PLLC, and against Defendants, Cardea Capital Group, Inc., Cardea Capital Advisors, LLC, Cardea Corporate Holdings, Inc., and Cardea Holdings USA, LLC. Judgment, ECF No. 60; *see also* ECF No. 59. Plaintiff registered the judgment in the U.S. District Court for the Northern District of Georgia, where Defendants are located. Letter at 2, ECF No. 62. Plaintiff represents that Defendants have not satisfied the judgment and requests that the Court require Defendants to appear for depositions pursuant to Federal Rule of Civil Procedure 30(b)(6) so that Plaintiff can obtain information necessary to enforce the judgment. *See generally id.*

      Federal Rule of Civil Procedure 69 governs post-judgment discovery. *EM Ltd. v. Republic of Argentina*, 695 F.3d 201, 207 (2d Cir. 2012), *aff'd sub nom. Republic of Argentina v. NML Cap., Ltd.*, 573 U.S. 134 (2014). Pursuant to Rule 69(a)(2), "[i]n aid of the judgment or execution, the judgment creditor . . . may obtain discovery from any person—including the judgment debtor—as provided in [the Federal Rules] or by the procedure of the state where the court is located." Federal Rule 30(b)(6), in turn, authorizes a party seeking to take a deposition to notice a corporation or other entity, who must designate a representative to testify on its behalf regarding the identified matters for examination.

      In its motion, Plaintiff describes how it served Rule 30(b)(6) notices on Defendants by (1) emailing the notices to attorney Jared Gurfein, who purports to represent Defendants, (2) sending the notices to Defendants' last known business address via first-class mail, and (3) emailing the notices to Jordan Waring, Defendants' principal. Letter at 2. Plaintiff asserts that, although it followed up by email with Gurfein and Waring, it has received no response from Defendants. *Id.*

      It appears as if Plaintiff, which seeks discovery only as to Defendants' assets, *id.*, has satisfied the requirements of Rule 30(b)(6), as incorporated through Rule 69(a)(2). Accordingly, by **June 16, 2025**, Defendants shall file their opposition, if any, to Plaintiff's

motion.  By **June 20, 2025**, Plaintiff shall file its reply, if any.  By **June 10, 2025**, Plaintiff shall serve copies of this order on Defendants via first-class mail and email a copy of this order to Jared Gurfein and Jordan Waring.

    SO ORDERED.

Dated: June 9, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge