UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/6/2025___
```

THE ABRAMSON LAW GROUP, PLLC,

            Plaintiff,

-against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CORPORATE HOLDINGS, INC.
AND CARDEA HOLDINGS USA, LLC,

            Defendants.

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's letter dated September 26, 2025 regarding a post-judgment discovery dispute between the parties. ECF No. 79. Defendants have appealed from this Court's September 9, 2025 order, which dismissed Plaintiff's claims as to Defendant Cardea Capital Advisor for lack of subject matter jurisdiction and denied Defendants' motion to vacate a default judgment as to the remaining three Defendants. See ECF Nos. 77–78; see also ECF No. 60 (entry of default).

    "A default judgment is a final action by the district court in the litigation and one that may be appealed," *City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129 (2d Cir. 2011) (cleaned up), as is a dismissal for lack of subject matter jurisdiction, see *Barclay's Ice Cream Co. v. Loc. No. 757 of Ice Cream Drivers & Emps. Union*, No. 79 Civ. 1611, 1979 WL 1710, at *2 (S.D.N.Y. Sept. 7, 1979). The Court is, therefore, divested of jurisdiction. See *United States v. Rodgers*, 101 F.3d 247, 251 (2d Cir. 1996). Accordingly, post-judgment discovery is STAYED pending Defendants' appeal.

    SO ORDERED.

Dated: October 6, 2025
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge