UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ABRAMSON LAW GROUP, PLLC,

                       Plaintiff,

        -against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CORPORATE HOLDINGS, INC.
AND CARDEA HOLDINGS USA, LLC,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/5/2026_

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated September 9, 2025, the Court granted, Defendants' motion to vacate the default judgment and dismiss Plaintiffs' claims only as to Defendant Cardea Capital Advisors, but denied the motion in all other respects. ECF No. 77. On September 15, 2025, Defendants appealed that decision. ECF No. 78.

By order dated December 10, 2025, the United States Court of Appeals for the Second Circuit dismissed Defendants-Appellants appeal. ECF No. 16, *Abramson Law Group, PLLC v. Cardea Capital Group Inc.*, No. 25-2222 (2d Cir. Dec. 10, 2025); *see also* Mandate, ECF No. 81. Accordingly, by **January 12, 2026**, the parties shall file a status update detailing whether there are any outstanding post-judgment issues to be raised before the Court.

        SO ORDERED.

Dated: January 5, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge