UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ABRAMSON LAW GROUP, PLLC,

                          Plaintiff,

           -against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CORPORATE HOLDINGS, INC.
AND CARDEA HOLDINGS USA, LLC,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/15/2026__

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated January 5, 2026, the Court directed the parties to file a status update detailing whether there are any outstanding post-judgment issues to be raised before the Court by January 12, 2026. *See* ECF No. 82.  The Court received no such submission.  Accordingly, the Court will assume that the dispute raised in Plaintiff's September 26, 2025 letter has been resolved between the parties. *See* ECF No. 79.

SO ORDERED.

Dated: January 15, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge