UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ABRAMSON LAW GROUP, PLLC,

                              Plaintiff,

-against-

CARDEA CAPITAL GROUP, INC.,
CARDEA CORPORATE HOLDINGS, INC.
AND CARDEA HOLDINGS USA, LLC,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/16/2026_

24 Civ. 5750 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letters dated January 9 and 16, 2026.  ECF No. 84. Accordingly, by **February 25, 2026**, the parties shall file a status update regarding Defendants' settlement payments to Plaintiff.

SO ORDERED.

Dated: January 16, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge